1  **SUSAN K. HATMAKER 172543**
   **RACHELLE TAYLOR GOLEN 295385**
2  **HATMAKER LAW GROUP**
   A Professional Corporation
3  7522 N. Colonial Avenue, Suite 105
   Fresno, California 93711
4  Telephone: (559) 374-0077
   Facsimile:  (559) 374-0078
5
   ATTORNEYS FOR Defendants:
6  SHERRY SISKIN SIDNEY and
   VILLAGE HEIGHTS, LLC.
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11                              * * *

12 BRIAN WHITAKER,              )  NO. 2:19-cv-10680-JAK-JPR
                                )
13      Plaintiff,               )  **DEFENDANTS, SHERRY SISKIN**
                                )  **SIDNEY AND VILLAGE HEIGHTS,**
14 vs.                           )  **LLC'S, NOTICE OF MOTION AND**
                                )  **MOTION TO DISMISS UNDER**
15 SHERRY SISKIN SIDNEY, in individual )  **F.R.C.P. RULE 12(b)(1)**
   and representative capacity as trustee of )
16 The Survivor's Trust Created Under the )  Date: May 18, 2020
   Sidney Revocable Trust; VILLAGE )  Time: 9:00 a.m.
17 HEIGHTS, LLC., a California Limited )  Courtroom: 850, 8th Floor
18 Liability Company; and DOES 1-10, )
                                )  Judge: Honorable R. Gary Klausner
19      Defendants.              )
20                              )
                                )
21                              )
                                )
22 _____ )

23      PLEASE TAKE NOTICE that, on May 18, 2020, at 9:00 a.m., before Honorable R. Gary

24 Klausner, Defendants, Sherry Siskin Sidney and Village Heights, LLC (collectively hereinafter

25 "Defendants"), will move for a Motion to Dismiss Plaintiff's Complaint pursuant to Rules

26 12(b)(1) because it is undisputed that Defendants' sales counter and aisle widths, the alleged

27 "construction barriers" upon which this Action was based, is currently in compliance with the

28 Americans with Disabilities Act, rendering this Action moot.

1  As Plaintiff has been on notice that this Court is without jurisdiction to hear his claims
2  under the Americans with Disabilities Act and has continued to litigate the Complaint without
3  foundation, reasonable cause or good faith, Defendants further request that should this Motion be
4  granted, they be awarded prevailing party attorneys' fees pursuant to 28 U.S.C. § 1927 and/or 42
5  U.S.C. § 12205. (*Peters v. Winco Foods, Inc*. (Cal. E.D. 2004) 320 F.Supp.2d 1035.)

6  The grounds for this Motion are set forth in: 1) this Notice of Motion and Motion; 2) the
7  Memorandum of Points and Authorities in support of this Motion; 3) the Declaration of Rachelle
8  Taylor Golden, Esq.; 4) the Declaration of Michael Wright, CASp; 4) the Declaration of Louis
9  Eafalla; and 5) all Exhibits thereto.

10  This Motion is made following the conference of counsel pursuant to Local Rule 7-3,
11  which continuously took place between January 17, 2020 and February 20, 2020.

12  DATED: February 24, 2020            HATMAKER LAW GROUP

13                                      By   /s/ Rachelle Taylor Golden
14                                           RACHELLE TAYLOR GOLDEN
                                             Attorney for Defendants,
15                                           SHERRY SISKIN SIDNEY and VILLAGE
                                             HEIGHTS, L

## PROOF OF SERVICE

I am employed in the County of Fresno, California; I am over the age of eighteen years and not a party to the within cause; my business address is: 7522 N. Colonial Avenue, Fresno, CA 93711.

On February 24, 2020, I served the foregoing document(s) described as:

**DEFENDANTS, SHERRY SISKIN SIDNEY AND VILLAGE HEIGHTS, LLC'S, NOTICE OF MOTION AND MOTION TO DISMISS UNDER F.R.C.P. RULE 12(b)(1)**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Center for Disability Access
Ray Ballister Jr., Esq.
Phyl Grace, Esq.
Russell Handy, Esq.
Dennis Price, Esq.
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385
Fax: (888) 422-5191

____ (By U.S. Mail) I caused each envelope, with postage fully prepaid, to be placed in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in the City of Fresno, California after the close of the day's business.

____ (By Facsimile) I caused this document to be delivered via facsimile to the numbers set forth below.

__X__ (By Electronic Service) - I caused a true and correct copy of the document(s) described above to be uploaded to the Court approved case management system, and served electronically to all parties listed above.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on November February 24, 2020, at Fresno, California.

By: __/s/ Tiffany Holmberg__
      TIFFANY HOLMBERG

PROOF OF SERVICE